# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br><br> v. <br><br> DANTE TERRY, <br><br> Defendant. | CASE NO. **1:22CR-084** <br><br> JUDGE **J. McFARLAND** <br><br> **INDICTMENT** <br><br> 18 U.S.C. § 922(o) <br><br> **FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES**:

### COUNT 1
### (Illegal Possession of a Machinegun)

On or about September 8, 2022, in the Southern District of Ohio, the defendant, **DANTE TERRY**, did knowingly possess a machinegun, as defined in 18 U.S.C. § 921(a)(23), that is, a Glock .40 caliber Model 23 firearm modified to fire automatically more than one shot without manual reloading by a single function of the trigger.

**In violation of Title 18, United States Code, Sections 922(o), 921(a)(23), and 924(a)(2).**

### FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count 1 of this Indictment, the defendant, **DANTE TERRY**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation, including but not limited to:

- a Glock .40 caliber Model 23 machinegun bearing serial number BUSM519 with any attachments;

- a machinegun conversion device comprising a 3D printed polymer replacement Glock slide cover plate; and

- approximately nine rounds of .40 caliber ammunition.

**A TRUE BILL**

/s/
_____
**GRAND JURY FOREPERSON**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

*Ashley N. Brucato*
_____
**ASHLEY N. BRUCATO**
**ASSISTANT UNITED STATES ATTORNEY**

2