**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | Case No. 1:22-cr-84<br>Litkovitz, M.J. |
| vs. | |
| DANTE TERRY,<br>    Defendant. | **DETENTION ORDER** |

This matter is before the Court following an initial appearance on a Petition for Action on Conditions of Pretrial Release, at which the defendant appeared represented by counsel. The defendant, through counsel, waived the detention hearing and does not contest detention at this juncture. Therefore, the Court ORDERS that the defendant be detained.

Accordingly, the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a Court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a Court proceeding.

**IT IS SO ORDERED**.

Date: 3/7/2024

Karen L. Litkovitz
United States Magistrate Judge